FILED
OCT - 1 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | |
| v. | CASE NO. 1:26 CR 00430 |
| | Title 18, United States Code, Sections 922(g)(1) and (a)(8) |
| ALEXANDER CUYLER, | |
| Defendant. | |
| | JUDGE FLEMING |

COUNT 1
(Felon in Possession of a Firearm and/or Ammunition, 18 U.S.C. §§ 922(g)(1), and (a)(8))

The Grand Jury charges:

1. On or about February 10, 2026, through February 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant ALEXANDER CUYLER, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Aggravated Assault and Aggravated Riot, on or about March 29, 2016, in Case Number CR-15-599856, in the Cuyahoga County Common Pleas Court, did knowingly possess a firearm in and affecting interstate commerce, to wit: a Glock, Model G26, 9mm pistol bearing serial number AHCK716, in violation of Title 18, United States Code, Sections 922(g)(1), and (a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegation contained in Count 1 is hereby re-alleged and incorporated by

United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of the foregoing offense, Defendant ALEXANDER CUYLER shall forfeit to the United States any and all firearms and ammunition involved in or used in commission of the firearms offense charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.